IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No.: 5:23-cv-743-FL

| | |
|---|---|
| SHEILA LEE | ) |
|     Plaintiff, | ) |
| v. | ) |
| THE CITY OF FAYETTEVILLE, OFFICER MOLLY O'HARA in her individual and official capacity, OFFICER RICHARD J. RODRIGUEZ, in his individual and official capacity, OFFICER DON BELL, in his individual and official capacity, KRISTA ZENTNER and ASHLEY WOLFORD, in their individual and official capacities, GINA HAWKINS, in her official capacity as Chief of Police for City of Fayetteville, and MITCH COLVIN, in his official Capacity as Mayor of City of Fayetteville, | ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |
|     Defendants. | ) |

This matter coming before the Court on Defendants City of Fayetteville, Molly O'Hara, Richard Rodriguez, Don Bell, Krista Zentner, Ashley Wolford, Gina Hawkins, and Mitch Colvin's Motion to Seal Unredacted Exhibits to Motion to Dismiss [DE 49]

The Court GRANTS the Defendants' Motion to Seal Unredacted Exhibits, and therefore the unredacted arrest warrant (Ex. B) and citation (Ex. C) filed March 19, 2024 in support of Defendants' Motion to Dismiss are hereby sealed. [DE 38-2, 38-3].

SO ORDERED, this the 28th day of May, 2024.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE